EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br>Medidas Especiales para la<br>Extensión de Términos por<br>Motivo del Jueves Santo | 2006 TSPR 48<br><br>167 DPR _____ |

Número del Caso: EN-2006-2


Fecha: 31 de marzo de 2006



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Medidas Especiales para la
Extensión de Términos por
Motivo del Jueves Santo

EN-2006-02

RESOLUCION

San Juan, Puerto Rico, a 31 de marzo de 2006.

El Juez Presidente, Hon. Federico Hernández Denton concedió libre el 13 de abril de 2006 a los empleados y empleadas de la Rama Judicial, con cargo a la licencia de vacaciones. A tales efectos y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales, se aplicará lo dispuesto por los Artículos 388 y 389 del Código Político de 1902, 1 L.P.R.A secs. 72 y 73, y se considerará el Jueves Santo como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el martes 18 de abril, próximo día laborable.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo